In the Matter of MICHAEL POTTER, Individually and as Chairman of the City Fusion Party, Appellant, and VINCENT R. IMPELLITTERI, Individually and as a Declared Candidate for Mayor, et al., Interveners, Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and Chairmen of the Democratic County Committees for the Five Counties Constituting the City of New York, et al., Interveners, Respondents.

Argued September 22, 1950; decided September 22, 1950.

674

*Walter M. Weis* and *Edward Potter* for petitioner-appellant.

*Louis J. Lefkowitz* and *Paxton Blair* for Chairmen of the Republican County Committees, interveners-appellants.

*George W. Whiteside, Edward R. Neaher* and *Alan S. Kuller* for Vincent R. Impellitteri and another, interveners-petitioners-appellants.

*William J. O'Shea, Bernard Hershkopf, Jacob Markowitz, George Rosling, John L. Flynn, Joseph M. Lonergan* and *Irving Rivkin* for Chairmen of the Democratic County Committees, interveners-respondents.

*Benjamin Gassman, Matthew M. Levy* and *Max Bloom* for Liberal Party, intervener-respondent.

*John P. McGrath, Corporation Counsel (W. Bernard Richland* and *Stanley Buchsbaum* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.